

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

NWR Georgia Construction, LLC,
Appellant

No. 06-21-00104-CV        v.

Master Woodcraft Cabinetry, LLC, and
MCW Industries, LLC, Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 21-0302). Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellees, Master Woodcraft Cabinetry, LLC, and MCW Industries, LLC, pay all costs of this appeal.

RENDERED MARCH 1, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk